IN THE COMMONWEALTH COURT OF PENNSYLVANIA


Rock Ferrone and Rock Airport             :
of Pittsburgh, L.L.C.,                     :
                         Appellants        :
                                           :
            v.                             :
                                           :
Dan Onorato, individually and officially; :
Dennis Davin, individually and            :
officially; Maurice Strul, individually   :
and officially; Allegheny County;         :
Redevelopment Authority of Allegheny      :
County; Brian D. Clark; Brian D. Clark    :
and Associates; Michael Yablonski;        :
Kevin McKeegan; Meyer, Unkovic and        :
Scott, L.L.P.; Alfred A. Kuehn;           :
Management Science Associates             :
Inc.; Eugene Zambrano, III; Zambrano      :
Corporation; and Sky Bank                 :          No. 1357 C.D. 2014


**O R D E R**


NOW, September 2, 2015, having considered appellants' application

for reargument *en banc* and appellees' responses thereto, the application is denied[1].


_____
DAN PELLEGRINI,
President Judge


---

[1] Judge McCullough did not participate in the decision of this case.